1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**AUG 0 8 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:19-MJ-124 DB |
| Plaintiff | |
| v. | [PROPOSED] ORDER TO UN-SEAL COMPLAINT |
| Talalima TOILOLO | |
| Defendant. | |

The government's motion to unseal the above-referenced case, is GRANTED.

Dated: August _____, 2019

HON. DEBORAH L. BARNES
United States Magistrate Judge

[PROPOSED] ORDER TO UN-SEAL COMPLAINT